IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 0 3 2003

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| SAFE BED TECHNOLOGIES COMPANY ) ) Plaintiff, ) ) v. ) ) KCI USA, INC., LOYOLA UNIVERSITY ) HEALTH SYSTEM, RUSH SYSTEM FOR ) HEALTH, SWEDISH COVENANT ) HOSPITAL and SHERMAN HOSPITAL ) ) Defendants. ) | Civil Action No. 02C 0097<br><br>Judge Charles R. Norgle<br>Magistrate Judge Martin C. Ashman<br><br>DOCKETED<br><br>FEB 0 5 2003 |

## JOINT MOTION TO EXTEND PRE-TRIAL SCHEDULE

Plaintiff, Safe Bed Technologies Company, and Defendants, KCI USA, Inc., Loyola University Health System, Rush System for Health, Swedish Covenant Hospital and Sherman Hospital, jointly seek the entry of an order extending the previously scheduled pre-trial dates by approximately ninety (90) days. This is the parties' first request for an extension of time.

On or about November 22, 2002, the Court entered a pre-trial schedule. The Parties have been conducting discovery, but it is not yet completed.

During Plaintiff's document production, it inadvertently produced certain documents (i) protected by attorney work product doctrine and/or attorney client privilege and (ii) that were subject to a protective order in another case.



Upon Plaintiff's motion, the Court ordered Defendants' counsel to not inspect those documents, preventing Defendants' counsel from working on the case, until Plaintiffs identified which documents are to be withdrawn. Accordingly, to allow the parties adequate time to prepare, the following new dates are proposed:

| EVENT | NEW DATES IF MOTION GRANTED |
|---|---|
| Complete fact discovery | April 14, 2003 |
| Exchange opening expert reports | June 5, 2003 |
| Exchange rebuttal expert reports | July 9, 2003 |
| Exchange reply expert reports | July 23, 2003 |
| Disclose proposed claim construction | July 30, 2003 |
| Expert depositions to be completed | August 18, 2003 |
| Joint list of disputed/undisputed claim terms and claim construction motions | September 22, 2003 |
| Dispositive motions | October 20, 2003 |

There is no trial date set in this matter, so the requested extension will not delay any scheduled trial date.

The parties request that another status conference be set at the Court's convenience.

## CONCLUSION

For the foregoing reasons, Plaintiff and Defendants jointly seek the entry of an order extending the pre-trial schedule as specified above.

Dated: February 3, 2003

SAFE BED TECHNOLOGIES COMPANY

By: _____
One of Its Attorneys

Anthony C. Valiulis, #2883007
John H. Ward, #2939924
Tina Paries, #6275658
MUCH SHELIST FREED DENENBERG
   AMENT & RUBENSTEIN
191 N. Wacker, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

James D. Ryndak, #2435942
Mark K. Suri, #6199636
RYNDAK & SURI
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
(312) 214-7770

## CERTIFICATE OF SERVICE

I, Mark K. Suri, an attorney, certify that a true and correct copy of the foregoing NOTICE OF JOINT MOTION TO EXTEND PRE-TRIAL SCHEDULE and JOINT MOTION TO EXTEND PRE-TRIAL SCHEDULE was served upon:

>Raymond P. Niro
>Sally Wiggins
>Douglas M. Hall
>NIRO, SCAVONE, HALLER AND NIRO
>181 West Madison Street, Suite 4600
>Chicago, IL 60602
>Fax: (312) 236-3137

by facsimile and by causing copies to be deposited in correctly addressed envelopes with proper postage prepaid in the U.S. Mail located at 30 North LaSalle, Chicago, Illinois, on this 3rd day of February, 2003.

_____
Mark K. Suri