IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFE BED TECHNOLOGIES COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 02C 0097 |
| | ) | |
| KCI USA, INC., LOYOLA UNIVERSITY | ) | Judge Charles R. Norgle |
| HEALTH SYSTEM, RUSH SYSTEM FOR | ) | Magistrate Judge Martin C. Ashman |
| HEALTH, SWEDISH COVENANT HOSPITAL | ) | |
| and SHERMAN HOSPITAL | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE THAT on Tuesday, April 27, 2004, at 10:30 a.m., the undersigned will appear before the Honorable Martin C. Ashman in the courtroom usually occupied by him at the United States District Courthouse, 219 South Dearborn, Room 1386, Chicago, Illinois and then and there present **DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A RESPONSE BRIEF IN EXCESS OF 15 PAGES**, a copy of which is hereby served upon you.

Respectfully submitted,

Raymond P. Niro
Sally Wiggins
Douglas M. Hall
Frederick C. Laney
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF MOTION** and **DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A RESPONSE BRIEF IN EXCESS OF 15 PAGES** was served on April 19, 2004, upon the below listed parties by facsimile and first-class mail:

>Anthony C. Valiulis, #2883007
>John H. Ward, #2939924
>Mary Katherine Danna, #6244439
>MUCH, SHELIST, FERED, DENENBERG
>  AMENT & RUBENSTEIN
>191 North Wacker Drive, Suite 1800
>Chicago, Illinois 60606
>(312) 521-2000
>Fax: (312) 521-2200
>
>James D. Ryndak, #2435942
>Mark K. Suri, #6199636
>Catherine L. Gemrich, #6224999
>RYNDAK & SURI
>30 North LaSalle Street, Suite 2630
>Chicago, Illinois 60602
>(312) 214-7770
>(312) 214-7715

**Attorneys for Safe Bed Technologies Company**

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFE BED TECHNOLOGIES COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KCI USA, INC., LOYOLA UNIVERSITY )<br>HEALTH SYSTEM, RUSH SYSTEM FOR )<br>HEALTH, SWEDISH COVENANT HOSPITAL )<br>and SHERMAN HOSPITAL )<br>)<br>Defendants. ) | Civil Action No. 02C 0097<br><br>Honorable Charles R. Norgle<br>Magistrate Judge Ashman |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A RESPONSE BRIEF IN EXCESS OF 15 PAGES

Defendants, through their attorneys, and pursuant to Local Rule 7.1, hereby move this court for leave to file a memorandum of law in excess of 15 pages in support of Defendants' Claim Construction. In support of their motion, Defendants state as follows:

1. Defendants have carefully edited their memorandum of law to avoid repetition except where necessary, but require more than the 15 pages generally permitted under the local rules to address the claim construction issues presented by the patent-in-suit. Defendants' memorandum consists of 45 pages.

2. Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting its motion for Leave to File *Instanter* a Brief in Excess of Fifteen Pages.

Respectfully submitted,

*/s/ Douglas Hall*

Raymond P. Niro
Sally Wiggins
Douglas M. Hall
Frederick C. Laney
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

Attorneys for Kinetic Concepts, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A RESPONSE BRIEF IN EXCESS OF 15 PAGES** was served upon the below listed parties by facsimile and first-class mail:

Anthony C. Valiulis, #2883007
John H. Ward, #2939924
Tina M. Paries
Stephen J. Cassin
MUCH, SHELIST, FERED, DENENBERG
  AMENT & RUBENSTEIN
191 North Wacker, Suite 1800
Chicago, Illinois 60606
(312) 521-2000
Fax: (312) 521-2200

James D. Ryndak, #2435942
Mark K. Suri, #6199636
RYNDAK & SURI
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
(312) 214-7770
Fax: (312) 214-7715

**Attorneys for Safe Bed Technologies Company**